THE SALVATION ARMY, Respondent, *v.* CHARLES S. SIMPSON, Appellant, Impleaded with Others.

(Argued May 20, 1935; decided June 4, 1935.)

*Charles L. Woody* and *Alexander R. Kellegrew* for appellant.

*R. Keith Kane* and *Richard N. Crockett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.